UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANNA SICKLER, | No. 2:15-cv-2022-TLN-KJN |
| Plaintiff, | |
| v. | ORDER |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455. Accordingly, IT IS HEREBY ORDERED that the Clerk of Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

IT IS SO ORDERED.

Dated:  October 5, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1